UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

COREY DONYALE HILL,

**INDICTMENT**

Defendant.
______________________________/

The Grand Jury charges:

**COUNT 1**
(Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine)

From at least on or about February 13, 2026 and continuing through on or about February 21, 2026, in Muskegon County, in the Southern Division of the Western District of Michigan, and elsewhere, the defendant,

COREY DONYALE HILL,

knowingly and intentionally combined, conspired, confederated, and agreed with other persons, both known and unknown to the grand jury, to distribute and possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)

**COUNT 2**

(Possession with Intent to Distribute Methamphetamine)

On or about February 21, 2026, in Muskegon County, in the Southern Division of the Western District of Michigan, the defendant,

COREY DONYALE HILL,

knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney



DANIEL T. McGRAW
Assistant United States Attorney