UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No.:

vs.

COREY DONYALE HILL,

Defendant.

_________________________________/

NOTICE OF RELATED CASE

The United States of America, by and through Timothy VerHey, United States Attorney, and Daniel T. McGraw, Assistant United States Attorney, submits that, pursuant to Western District of Michigan Local Criminal Rule 56.4(c)(iii)(A)(5), the above case is related to United States v. Lakento Brian Smith, et al., Court No. 1:26-cr-00084, assigned to Hon. Jane M. Beckering, for the reason that the two cases are based upon a substantial common nucleus of facts, events, or transactions; specifically, it is alleged that this defendant, COREY DONYALE HILL, conspired with JAVON DREVELLE BREWER, who is charged in Court No. 1:26-cr-00084, and others, known and unknown, to distribute and possess with intent to distribute methamphetamine. The government intercepted wire communications from BREWER's cell phone where BREWER and HILL discussed the anticipated arrival of approximately five pounds of methamphetamine through the U.S. mail, which was later intercepted by investigators and successfully used in an anticipatory search warrant at HILL's residence. Investigators intercepted additional wire communications between BREWER and HILL after the search. This case and the related case arise from the same investigation involving the same search warrants, and same court authorizations to intercept wire communications from BREWER's cell phone. Accordingly, for all these reasons,

the government submits that the two cases are based upon a substantial common nucleus of facts, events, or transactions.

TIMOTHY VERHEY
United States Attorney

Dated: September 15, 2026

DANIEL T. McGRAW
Assistant United States Attorney

ORDER

The Court finds that the above case is related / not related.

PHILLIP J. GREEN
Magistrate Judge