Case 1:26-cr-00095 *SEALED* ECF No. 6 *SEALED* PageID.10 Filed 09/15/26 Page 10 of 1
Page 1 of 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

COREY DONYALE HILL,

Defendant.
______________________________/

Case No.:

INDICTMENT
**PENALTY SHEET**

**COUNT 1 – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine (21 U.S.C. § 846); COUNT 2 – Possession with Intent to Distribute Methamphetamine (21 U.S.C. § 841(a)(1)**

**Maximum penalty:** Not less than 10 years and not more than life in prison and a $10,000,000 fine [21 U.S.C. § 841(b)(1)(A)(viii)]

**Supervised Release:** Not less than 5 years and not more than life [21 U.S.C. § 841(b)(1)(A)(viii)]

**Special Assessment**: $100 [18 U.S.C. § 3013]

Date: September 15, 2026

/s/ Daniel T. McGraw
Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046