UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

COREY DONYALE HILL,

Defendant.
______________________________/

Case No. 1:26-cr-00095

Hon. JANE M. BECKERING

**GOVERNMENT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT**

## I. <u>DISCOVERY</u>

A. <u>Statements of Defendants</u>

1. <u>Oral Statements [Rule 16(a)(1)(A)]</u>

☐ There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).
☒ There are the following records of oral statements:

-DEA-6 report re: interviews conducted on February 21, 2026 (00033696-701)

the substance of which
☐ has been disclosed to defense counsel
☒ will be disclosed to defense counsel

2. <u>Written or Recorded Statements [Rule 16(a)(1)(B)]</u>

☐ There are no written or recorded statements or grand jury testimony of defendant.
☒ There are the following written or recorded statements or grand jury testimony:

-recorded wire interceptions of calls to/from phone number ending -7998 with phone number ending -4007 (TP1) (00032968)
-recorded interview conducted on February 21, 2026 (00020696)
-written statements extracted from cell phones (00013705)

All written or recorded statements
☐ have been disclosed to defense counsel
☒ will be disclosed to defense counsel

B. <u>Defendant's Prior Record [Rule 16(a)(1)(D)]</u>

☐ The government has made due inquiry and is not aware of any prior criminal records.

☒ The government has disclosed defendant's prior criminal history.

☐ The government is now making inquiry into defendant's prior criminal history. The results will be disclosed to defense counsel upon receipt.

C. Documents and Tangible Objects [Rule 16(a)(1)(E)]

☐ The government has no documents, tangible objects, or physical evidence required to be disclosed.

☒ The government has the following documents, tangible objects, and physical evidence:

☒ Controlled Substances: methamphetamine, psilocin

☒ Drug Paraphernalia: coffee cans that contained methamphetamine, vape pen that contained liquid methamphetamine

☒ Records: Dunham's purchase receipt for ammunition

☐ Drug Records:

☒ Firearms/Ammunition: two boxes of Winchester ammunition

☐ Inventory (attached)

☒ Other: USPS Priority Mail Box tracking ending 9359 82 that contained methamphetamine

☒ The government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:

☐ State –

☒ Federal –

-1:26-mc-4; in re: orders authorizing interception of wire communications to and from a phone number ending -4007 (TP1)

-1:26-mj-64; records and information associated with cellular telephone 480-670-7998 in the possession custody or control of Verizon (Target Phone 5);

-1:26-mj-70; USPS Priority Mail Parcel with label number ending 9359 82 addressed to "Trance Lundburg XX S Densmore St, musKegon MI 49442" [sic];

-1:26-mj-71; XX S Densmore St Muskegon, Michigan 49442; and

-1:26-mj-81; a gray LG cellular telephone (IMEI: 359908109149071); a gray Samsung cellular telephone in Black Otter Box case (S/N: R5CC613Z00L); and a light blue Google cellular telephone in a black and blue case (Subject Devices)

☒ All search warrant documents will be disclosed to defense counsel

D. Reports of Examinations and Tests [Rule 16(a)(1)(F)]

☐ The government has no reports of examinations or tests required to be disclosed by Rule 16.

☒ The government has or expects to have reports of the following examinations and tests:

| | | |
|---|---|---|
| ☒ Drug Analysis | ☐ Handwriting | ☐ Fingerprints |
| ☐ DNA | ☐ Firearms/Nexus | ☐ Gun Operability |
| ☒ Computer / Cell Phone Forensics | | ☐ Other: |

E. Reciprocal Discovery

☒ The government seeks reciprocal discovery.

F. Notice Under FRE 404(b)

☐ The government does not presently intend to introduce 404(b) evidence.
☐ The government does presently intend to introduce the following 404(b) evidence:
☒ The government will provide pretrial notice of 404(b) evidence

G. Other Discovery Matters:

## II. TRIAL

A. The government requests a ☒ jury ☐ non-jury trial.
B. Length of trial excluding jury selection is estimated at 2 days

## III. MISCELLANEOUS

☐ This case may be appropriate for expedited resolution.
☒ The government is unaware at this time of any known conflict with defendant's representation by counsel. The United States will immediately advise counsel if any such conflict becomes known.
☐ The government is aware of the following potential conflict(s):
☐ Government's plea negotiation policy:

Date: September 16, 2026

/s/ Daniel T. McGraw
Assistant United States Attorney