# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| | |
|---|---|
| **USA v.** Corey Donyale Hill | **Mag. Judge:** Phillip J. Green |

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:26-cr-00095-JMB-1 | 9/16/2026 | 3:05 - 3:15 PM | Grand Rapids | |

**APPEARANCES:**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Daniel T. McGraw | Appeared w/out counsel (court to appoint) | |

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment, Counts 1-2 | Read __<br>Reading Waived ✓ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| ✓ First Appearance<br>✓ Arraignment:<br>__ mute __ nolo contendre<br>✓ not guilty __ guilty<br>__ Initial Pretrial Conference<br>__ Detention (waived __)<br>__ Preliminary (waived __)<br>__ Rule 5 Proceeding<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>__ Sentencing<br>__ Other: ________ | ✓ Defendant's Rights<br>__ Waiver of ________<br>__ Consent to Mag. Judge for ________<br>__ Other:<br>________<br>________<br>Court to Issue:<br>__ Report & Recommendation<br>__ Order of Detention<br>__ Order to file IPTC Statements<br>__ Bindover Order<br>✓ Order Appointing Counsel<br>✓ Other:<br>Rule 5F Order | Guilty Plea to Count(s) ________<br>of the ________<br>Count(s) to be dismissed at sentencing:<br>________<br>Presentence Report:<br>__ Ordered __ Waived<br>__ Plea Accepted by the Court<br>__ No Written Plea Agreement<br><br>**EXPEDITED RESOLUTION**<br>__ Case appears appropriate for expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| Defendant appeared with attorney Pavol Fabian. Defendant to pay $500.00 monthly toward counsel. Defense to file IPTC Statement no later than Friday, 9/18/2026. | Imprisonment: ________<br>Probation: ________<br>Supervised Release: ________<br>Fine: $ ________<br>Restitution: $ ________<br>Special Assessment: $ ________<br>Plea Agreement Accepted: __ Yes __ No<br>Defendant informed of right to appeal: __ Yes __ No<br>Counsel informed of obligation to file appeal: __ Yes __ No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ ________ |
| **CASE TO BE:** Set for Hearing before Mag. Judge | **TYPE OF HEARING:** Detention Hearing |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** **A. Doezema** |