UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**United States of America,**

Plaintiff

*v.*

**Corey Donyale Hill,**

Defendant.

**No. 1:26-cr-00095**

Hon. Jane M. Beckering

**Defendant's Initial Pretrial Conference Summary Statement**

Defendant Corey Hill, through his attorney, submits the following initial pretrial conference summary statement.

**1. Discovery**

- The defendant requests disclosure under Federal Rules of Evidence 404(b).
- The defendant will provide reciprocal discovery.

**2. Trial**

- The defendant requests a jury trial.

**3. Miscellaneous**

- Counsel for the defendant is unaware at this time of any known conflict with counsel's representation of the defendant. Counsel will immediately advise the court if any such conflict becomes known.

**4. Obligations**

- Counsel for the defendant acknowledges reviewing the Obligations for Defense Counsel available at the court's website, www.miwd.uscourts.gov >> Attorney Information >> Criminal Case Information.
-

Dated: September 18, 2026

s/ Pavol Fabian

Attorney for Defendant