✎ CJA 7
(Rev. 2/84)

**LOCATION CODE** MIWGR

**Docket No.** 1:26-cr-00095-JMB

USA vs. Corey Donyale Hill

**ORDER TERMINATING APPOINTMENT OF COUNSEL** ☐
**and/or**
**AUTHORIZATION FOR DISTRIBUTION OF AVAILABLE PRIVATE FUNDS** ☒

Check one or both

---

WHEREAS, Pavol Fabian was appointed as counsel for the above defendant/petitioner, on the 18th day of September, 20 26 ; and

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/petitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation;

IT IS THEREFORE:

Check one or both

☐ ORDERED that the appointment of said counsel is hereby terminated.

☒ AUTHORIZED/DIRECTED that such funds in the amount of $ (total amount claimed) be paid by said defendant/petitioner or by his or her representatives as follows:

*(enter specific terms of repayment, i.e., date due if lump-sum payment; schedule and amounts of each payment if installment payment.)*

Defendant shall reimburse the government for fees and expenses of court appointed counsel at the rate of $500.00 per month commencing on October 2, 2026 and continuing thereafter on the first day of each month. Reimbursement shall not exceed the total claimed by the appointed attorney for services performed and expenses incurred.

Dated this 18th day of September , 20 26 .

/s/ Phillip J. Green
U. S. Magistrate Judge

Checks are to be made payable to Clerk, U.S. District Court, and sent to 399 Federal Building, 110 Michigan Street, N.W., Grand Rapids, MI 49503